**Fill in this information to identify your case and this filing:**

Debtor 1: Gerald Thomas Kennedy
First Name / Middle Name / Last Name

Debtor 2 (Spouse, if filing): ___
First Name / Middle Name / Last Name

United States Bankruptcy Court for the: District of New Jersey

Case number: 21-18234

☑ Check if this is an amended filing

Official Form 106A/B

# Schedule A/B: Property                                        12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1: Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In

1. Do you own or have any legal or equitable interest in any residence, building, land, or similar property?

   ☐ No. Go to Part 2.
   ☑ Yes. Where is the property?

   1.1. 915 North Boulevard
   Street address, if available, or other description

   Alpha    NJ    08865
   City    State    ZIP Code

   Warren
   County

   **What is the property?** Check all that apply.
   ☑ Single-family home
   ☐ Duplex or multi-unit building
   ☐ Condominium or cooperative
   ☐ Manufactured or mobile home
   ☐ Land
   ☐ Investment property
   ☐ Timeshare
   ☐ Other ___

   **Who has an interest in the property?** Check one.
   ☐ Debtor 1 only
   ☐ Debtor 2 only
   ☐ Debtor 1 and Debtor 2 only
   ☐ At least one of the debtors and another

   Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property*.

   Current value of the entire property? $170,000.00
   Current value of the portion you own? $40,000.00

   Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.
   ___

   ☐ Check if this is community property (see instructions)

   Other information you wish to add about this item, such as local property identification number: ___

   If you own or have more than one, list here:

   1.2. ___
   Street address, if available, or other description

   ___
   City    State    ZIP Code

   ___
   County

   **What is the property?** Check all that apply.
   ☐ Single-family home
   ☐ Duplex or multi-unit building
   ☐ Condominium or cooperative
   ☐ Manufactured or mobile home
   ☐ Land
   ☐ Investment property
   ☐ Timeshare
   ☐ Other ___

   **Who has an interest in the property?** Check one.
   ☐ Debtor 1 only
   ☐ Debtor 2 only
   ☐ Debtor 1 and Debtor 2 only
   ☐ At least one of the debtors and another

   Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property*.

   Current value of the entire property? $___
   Current value of the portion you own? $___

   Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.
   ___

   ☐ Check if this is community property (see instructions)

   Other information you wish to add about this item, such as local property identification number: ___

Debtor 1  Gerald Thomas Kennedy  Case number (if known) 21-18234
         First Name  Middle Name  Last Name

1.3. _____
Street address, if available, or other description

_____

_____  _____  _____
City            State   ZIP Code

_____
County

**What is the property?** Check all that apply.
☐ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number: _____

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property?   Current value of the portion you own?
$_____                         $_____

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

_____

☐ Check if this is community property (see instructions)

2. Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here. ………………………→  $ 40,000.00

## Part 2: Describe Your Vehicles

Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not? Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

3. **Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**
☐ No
☑ Yes

3.1. Make:  Ford
    Model: Explorer
    Year:  2003
    Approximate mileage: 200000
    Other information:
    _____

**Who has an interest in the property?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this is community property (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property?   Current value of the portion you own?
$     1,000.00                           $     1,000.00

If you own or have more than one, describe here:

3.2. Make:  _____
    Model: _____
    Year:  _____
    Approximate mileage: _____
    Other information:
    _____

**Who has an interest in the property?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this is community property (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property?   Current value of the portion you own?
$_____                         $_____

Official Form 106A/B    Schedule A/B: Property    page 2

Debtor 1    Gerald   Thomas   Kennedy           Case number (if known) 21-18234
            First Name  Middle Name  Last Name

**3.3.** Make: _____
Model: _____
Year: _____
Approximate mileage: _____
Other information:
_____

**Who has an interest in the property?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this is community property (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property?    Current value of the portion you own?

$_____    $_____

**3.4.** Make: _____
Model: _____
Year: _____
Approximate mileage: _____
Other information:
_____

**Who has an interest in the property?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this is community property (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property?    Current value of the portion you own?

$_____    $_____

**4. Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**
*Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

☒ No
☐ Yes

**4.1.** Make: _____
Model: _____
Year: _____
Other information:
_____

**Who has an interest in the property?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this is community property (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property?    Current value of the portion you own?

$_____    $_____

If you own or have more than one, list here:

**4.2.** Make: _____
Model: _____
Year: _____
Other information:
_____

**Who has an interest in the property?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this is community property (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property?    Current value of the portion you own?

$_____    $_____

**5.** Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here ....................................................................→ $ **1,000.00**

Official Form 106A/B                Schedule A/B: Property                page 3

Debtor 1  Gerald Thomas Kennedy
          First Name  Middle Name  Last Name

Case number (if known) 21-18234

### Part 3: Describe Your Personal and Household Items

Do you own or have any legal or equitable interest in any of the following items?

Current value of the portion you own?
Do not deduct secured claims or exemptions.

6. **Household goods and furnishings**
   Examples: Major appliances, furniture, linens, china, kitchenware
   ☐ No
   ☒ Yes. Describe......... Furniture, furnishings, appliances and kitchenware.    $ 2,500.00

7. **Electronics**
   Examples: Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games
   ☐ No
   ☒ Yes. Describe......... Two TVs, a DVD player and a cell phone.    $ 500.00

8. **Collectibles of value**
   Examples: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles
   ☒ No
   ☐ Yes. Describe..........    $

9. **Equipment for sports and hobbies**
   Examples: Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments
   ☐ No
   ☒ Yes. Describe.......... Miscellaneous carpentry tools, saws and drills.    $ 500.00

10. **Firearms**
    Examples: Pistols, rifles, shotguns, ammunition, and related equipment
    ☒ No
    ☐ Yes. Describe..........    $

11. **Clothes**
    Examples: Everyday clothes, furs, leather coats, designer wear, shoes, accessories
    ☐ No
    ☒ Yes. Describe.......... Everyday clothes and two suits.    $ 600.00

12. **Jewelry**
    Examples: Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver
    ☒ No
    ☐ Yes. Describe..........    $

13. **Non-farm animals**
    Examples: Dogs, cats, birds, horses
    ☐ No
    ☒ Yes. Describe.......... Two dogs.    $ 600.00

14. Any other personal and household items you did not already list, including any health aids you did not list
    ☒ No
    ☐ Yes. Give specific information. ..........    $

15. Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write that number here ................→    $ 4,700.00

Debtor 1  Gerald Thomas Kennedy  Case number (if known) 21-18234

## Part 4: Describe Your Financial Assets

Do you own or have any legal or equitable interest in any of the following?

**Current value of the portion you own?** Do not deduct secured claims or exemptions.

**16. Cash**
*Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition

☐ No
☒ Yes .................................................................................................................................... Cash: .............. $ 200.00

**17. Deposits of money**
*Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.

☐ No
☒ Yes ...................

Institution name:

| | | |
|---|---|---:|
| 17.1. Checking account: | Riegel FCU | $ 1,404.78 |
| 17.2. Checking account: | PNC Bank | $ 8.00 |
| 17.3. Savings account: | Riegel FCU | $ 100.00 |
| 17.4. Savings account: | | $ |
| 17.5. Certificates of deposit: | | $ |
| 17.6. Other financial account: | | $ |
| 17.7. Other financial account: | | $ |
| 17.8. Other financial account: | | $ |
| 17.9. Other financial account: | | $ |

**18. Bonds, mutual funds, or publicly traded stocks**
*Examples:* Bond funds, investment accounts with brokerage firms, money market accounts

☒ No
☐ Yes .................

Institution or issuer name:

_____  $ _____
_____  $ _____
_____  $ _____

**19. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**

☒ No
☐ Yes. Give specific information about them........................

| Name of entity: | % of ownership: | |
|---|---|---|
| | 0% % | $ |
| | 0% % | $ |
| | 0% % | $ |

Official Form 106A/B      Schedule A/B: Property      page 5

Debtor 1    Gerald    Thomas    Kennedy      Case number *(If known)* 21-18234
           First Name    Middle Name    Last Name

20. **Government and corporate bonds and other negotiable and non-negotiable instruments**
    *Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
    *Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.

    ☒ No
    ☐ Yes. Give specific information about them.........
    
    Issuer name:
    _____ $ _____
    _____ $ _____
    _____ $ _____

21. **Retirement or pension accounts**
    *Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans

    ☒ No
    ☐ Yes. List each account separately.
    
    | Type of account: | Institution name: | |
    |---|---|---|
    | 401(k) or similar plan: | _____ | $ _____ |
    | Pension plan: | _____ | $ _____ |
    | IRA: | _____ | $ _____ |
    | Retirement account: | _____ | $ _____ |
    | Keogh: | _____ | $ _____ |
    | Additional account: | _____ | $ _____ |
    | Additional account: | _____ | $ _____ |

22. **Security deposits and prepayments**
    Your share of all unused deposits you have made so that you may continue service or use from a company
    *Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others

    ☒ No
    ☐ Yes..........
    
    Institution name or individual:
    
    | Electric: | _____ | $ _____ |
    |---|---|---|
    | Gas: | _____ | $ _____ |
    | Heating oil: | _____ | $ _____ |
    | Security deposit on rental unit: | _____ | $ _____ |
    | Prepaid rent: | _____ | $ _____ |
    | Telephone: | _____ | $ _____ |
    | Water: | _____ | $ _____ |
    | Rented furniture: | _____ | $ _____ |
    | Other: | _____ | $ _____ |

23. **Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)

    ☒ No
    ☐ Yes..........
    
    Issuer name and description:
    _____ $ _____
    _____ $ _____
    _____ $ _____

Debtor 1    Gerald    Thomas    Kennedy      Case number (if known) 21-18234
         First Name   Middle Name   Last Name

24. **Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).

☒ No
☐ Yes .................. Institution name and description. Separately file the records of any interests. 11 U.S.C. § 521(c):

_____ $_____
_____ $_____
_____ $_____

25. **Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**

☒ No
☐ Yes. Give specific information about them.... [_____] $_____

26. **Patents, copyrights, trademarks, trade secrets, and other intellectual property**
*Examples*: Internet domain names, websites, proceeds from royalties and licensing agreements

☒ No
☐ Yes. Give specific information about them.... [_____] $_____

27. **Licenses, franchises, and other general intangibles**
*Examples*: Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses

☒ No
☐ Yes. Give specific information about them.... [_____] $_____

**Money or property owed to you?**        **Current value of the portion you own?**
Do not deduct secured claims or exemptions.

28. **Tax refunds owed to you**

☒ No
☐ Yes. Give specific information about them, including whether you already filed the returns and the tax years. ...........
     Federal: $_____
     State: $_____
     Local: $_____

29. **Family support**
*Examples*: Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement

☒ No
☐ Yes. Give specific information..............
     Alimony: $_____
     Maintenance: $_____
     Support: $_____
     Divorce settlement: $_____
     Property settlement: $_____

30. **Other amounts someone owes you**
*Examples*: Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay, workers' compensation, Social Security benefits; unpaid loans you made to someone else

☒ No
☐ Yes. Give specific information.............. [_____] $_____

Debtor 1  Gerald Thomas Kennedy                    Case number (if known) 21-18234
        First Name  Middle Name  Last Name

**31. Interests in insurance policies**
*Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance

☐ No
☒ Yes. Name the insurance company of each policy and list its value. ...

| Company name: | Beneficiary: | Surrender or refund value: |
|---|---|---|
| Mutual of Omaha | Megan & Thomas Kennedy | $ 10,000.00 |
|  |  | $ |
|  |  | $ |

**32. Any interest in property that is due you from someone who has died**
If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died.

☒ No
☐ Yes. Give specific information.............                                                                            $

**33. Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**
*Examples:* Accidents, employment disputes, insurance claims, or rights to sue

☒ No
☐ Yes. Describe each claim. ..................                                                                            $

**34. Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**

☒ No
☐ Yes. Describe each claim. ..................                                                                            $

**35. Any financial assets you did not already list**

☒ No
☐ Yes. Give specific information............                                                                            $

**36.** Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here ......................................................................................................→  $ 11,712.78

**Part 5:  Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1.**

**37.** Do you own or have any legal or equitable interest in any business-related property?

☒ No. Go to Part 6.
☐ Yes. Go to line 38.

Current value of the portion you own?
Do not deduct secured claims or exemptions.

**38. Accounts receivable or commissions you already earned**

☐ No
☐ Yes. Describe.......                                                                                                  $

**39. Office equipment, furnishings, and supplies**
*Examples:* Business-related computers, software, modems, printers, copiers, fax machines, rugs, telephones, desks, chairs, electronic devices

☐ No
☐ Yes. Describe.......                                                                                                  $

Official Form 106A/B                Schedule A/B: Property                page 8

Debtor 1  __Gerald__ __Thomas__ __Kennedy__   Case number (if known) __21-18234__
         First Name  Middle Name  Last Name

40. **Machinery, fixtures, equipment, supplies you use in business, and tools of your trade**
    - ☐ No
    - ☐ Yes. Describe.......      $_____

41. **Inventory**
    - ☐ No
    - ☐ Yes. Describe.......      $_____

42. **Interests in partnerships or joint ventures**
    - ☐ No
    - ☐ Yes. Describe....... Name of entity:      % of ownership:
      _____  ____% $_____
      _____  ____% $_____
      _____  ____% $_____

43. **Customer lists, mailing lists, or other compilations**
    - ☐ No
    - ☐ Yes. **Do your lists include personally identifiable information** (as defined in 11 U.S.C. § 101(41A))?
      - ☐ No
      - ☐ Yes. Describe........      $_____

44. **Any business-related property you did not already list**
    - ☐ No
    - ☐ Yes. Give specific information .........
      _____ $_____
      _____ $_____
      _____ $_____
      _____ $_____
      _____ $_____
      _____ $_____

45. Add the dollar value of all of your entries from Part 5, including any entries for pages you have attached for Part 5. Write that number here ...................................................................................→  $     0.00

---

| Part 6: | **Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In.** |
|---|---|
| | If you own or have an interest in farmland, list it in Part 1. |

46. **Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**
    - ☒ No. Go to Part 7.
    - ☐ Yes. Go to line 47.

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

47. **Farm animals**
    *Examples*: Livestock, poultry, farm-raised fish
    - ☐ No
    - ☐ Yes......................      $_____

Official Form 106A/B      Schedule A/B: Property      page 9

Debtor 1  Gerald Thomas Kennedy  Case number (if known) 21-18234
First Name / Middle Name / Last Name

48. **Crops—either growing or harvested**
- ☐ No
- ☐ Yes. Give specific information. ............  $_____

49. **Farm and fishing equipment, implements, machinery, fixtures, and tools of trade**
- ☐ No
- ☐ Yes .....................  $_____

50. **Farm and fishing supplies, chemicals, and feed**
- ☐ No
- ☐ Yes .....................  $_____

51. **Any farm- and commercial fishing-related property you did not already list**
- ☐ No
- ☐ Yes. Give specific information. ............  $_____

52. Add the dollar value of all of your entries from Part 6, including any entries for pages you have attached for Part 6. Write that number here ............ → $ 0.00

### Part 7: Describe All Property You Own or Have an Interest in That You Did Not List Above

53. **Do you have other property of any kind you did not already list?**
*Examples:* Season tickets, country club membership
- ☒ No
- ☐ Yes. Give specific information. ............  $_____  $_____  $_____

54. Add the dollar value of all of your entries from Part 7. Write that number here ............ → $ 0.00

### Part 8: List the Totals of Each Part of this Form

55. Part 1: Total real estate, line 2 ............ → $ 40,000.00

56. Part 2: Total vehicles, line 5        $ 1,000.00

57. Part 3: Total personal and household items, line 15    $ 4,700.00

58. Part 4: Total financial assets, line 36    $ 11,712.78

59. Part 5: Total business-related property, line 45    $ 0.00

60. Part 6: Total farm- and fishing-related property, line 52    $ 0.00

61. Part 7: Total other property not listed, line 54   +$ 0.00

62. **Total personal property.** Add lines 56 through 61. ......  $ 17,412.78   Copy personal property total → +$ 17,412.78

63. **Total of all property on Schedule A/B.** Add line 55 + line 62 ............  $ 57,412.78

Official Form 106A/B   Schedule A/B: Property   page 10

Fill in this information to identify your case:

Debtor 1: Gerald Thomas Kennedy
(First Name / Middle Name / Last Name)

Debtor 2: _____
(Spouse, if filing) (First Name / Middle Name / Last Name)

United States Bankruptcy Court for the: District of New Jersey

Case number (If known): 21-18234

☑ Check if this is an amended filing

Official Form 106C

# Schedule C: The Property You Claim as Exempt

04/19

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.

## Part 1: Identify the Property You Claim as Exempt

1. Which set of exemptions are you claiming? *Check one only, even if your spouse is filing with you.*

   ☐ You are claiming state and federal nonbankruptcy exemptions. 11 U.S.C. § 522(b)(3)
   ☐ You are claiming federal exemptions. 11 U.S.C. § 522(b)(2)

2. For any property you list on *Schedule A/B* that you claim as exempt, fill in the information below.

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br>Check only one box for each exemption. | Specific laws that allow exemption |
|---|---|---|---|
| Brief description: Residence<br>Line from *Schedule A/B*: 1.1 | $ 40,000.00 | ☐ $ 23,500.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. 522(d)(1) |
| Brief description: _____<br>Line from *Schedule A/B*: _____ | $ _____ | ☐ $ _____<br>☐ 100% of fair market value, up to any applicable statutory limit | _____ |
| Brief description: _____<br>Line from *Schedule A/B*: _____ | $ _____ | ☐ $ _____<br>☐ 100% of fair market value, up to any applicable statutory limit | _____ |

3. Are you claiming a homestead exemption of more than $170,350?
   (Subject to adjustment on 4/01/22 and every 3 years after that for cases filed on or after the date of adjustment.)

   ☐ No
   ☐ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?
       ☐ No
       ☐ Yes

Official Form 106C    Schedule C: The Property You Claim as Exempt    page 1 of 2

Debtor 1  Gerald Thomas Kennedy                         Case number (if known) 21-18234
         First Name  Middle Name  Last Name

## Part 2: Additional Page

| Brief description of the property and line on Schedule A/B that lists this property | Current value of the portion you own<br>Copy the value from Schedule A/B | Amount of the exemption you claim<br>Check only one box for each exemption | Specific laws that allow exemption |
|---|---|---|---|
| Brief description: 2003 Ford Explorer<br>Line from Schedule A/B: 3 | $ 1,000.00 | ☐ $ 4,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. 522(d)(2) |
| Brief description: Furniture<br>Line from Schedule A/B: 6 | $ 2,500.00 | ☐ $ 2,500.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. 522(d)(3) |
| Brief description: Electronics<br>Line from Schedule A/B: 7 | $ 500.00 | ☐ $ 500.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. 522(d)(3) |
| Brief description: Tools<br>Line from Schedule A/B: 8 | $ 500.00 | ☐ $ 500.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. 522(d)(3) |
| Brief description: Clothes<br>Line from Schedule A/B: 11 | $ 600.00 | ☐ $ 600.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. 522(d)(3) |
| Brief description: Life insurance<br>Line from Schedule A/B: 31 | $ 10,000.00 | ☐ $ 10,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. 522(d)(8) |
| Brief description: Cash on hand<br>Line from Schedule A/B: | $ 1,500.00 | ☐ $ 1,500.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. 522(d)(5) |
| Brief description:<br>Line from Schedule A/B: | $ | ☐ $<br>☐ 100% of fair market value, up to any applicable statutory limit | |
| Brief description:<br>Line from Schedule A/B: | $ | ☐ $<br>☐ 100% of fair market value, up to any applicable statutory limit | |
| Brief description:<br>Line from Schedule A/B: | $ | ☐ $<br>☐ 100% of fair market value, up to any applicable statutory limit | |
| Brief description:<br>Line from Schedule A/B: | $ | ☐ $<br>☐ 100% of fair market value, up to any applicable statutory limit | |
| Brief description:<br>Line from Schedule A/B: | $ | ☐ $<br>☐ 100% of fair market value, up to any applicable statutory limit | |

Official Form 106C                Schedule C: The Property You Claim as Exempt                page 2 of 2

| Fill in this information to identify your case: | |
|---|---|
| Debtor 1: Gerald Thomas Kennedy (First Name / Middle Name / Last Name) | |
| Debtor 2 (Spouse, if filing): First Name / Middle Name / Last Name | |
| United States Bankruptcy Court for the: District of New Jersey | |
| Case number (If known): 21-18234 | |

Check if this is:

☑ An amended filing
☐ A supplement showing postpetition chapter 13 expenses as of the following date:
_____
MM / DD / YYYY

Official Form 106J

# Schedule J: Your Expenses

12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1: Describe Your Household

1. **Is this a joint case?**

   ☑ No. Go to line 2.
   ☐ Yes. Does Debtor 2 live in a separate household?

       ☐ No
       ☐ Yes. Debtor 2 must file Official Form 106J-2, *Expenses for Separate Household of Debtor 2.*

2. **Do you have dependents?**
   Do not list Debtor 1 and Debtor 2.
   Do not state the dependents' names.

   ☑ No
   ☐ Yes. Fill out this information for each dependent..........

   | Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
   |---|---|---|
   | | | ☐ No ☐ Yes |
   | | | ☐ No ☐ Yes |
   | | | ☐ No ☐ Yes |
   | | | ☐ No ☐ Yes |
   | | | ☐ No ☐ Yes |

3. **Do your expenses include expenses of people other than yourself and your dependents?**

   ☐ No
   ☐ Yes

## Part 2: Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 106I).

Your expenses

4. The rental or home ownership expenses for your residence. Include first mortgage payments and any rent for the ground or lot.     4.   $ _____1,247.44_

   If not included in line 4:

   4a. Real estate taxes     4a.   $ _____
   4b. Property, homeowner's, or renter's insurance     4b.   $ _____
   4c. Home maintenance, repair, and upkeep expenses     4c.   $ _____80.00_
   4d. Homeowner's association or condominium dues     4d.   $ _____

Official Form 106J          Schedule J: Your Expenses          page 1

Debtor 1  Gerald  Thomas  Kennedy     Case number (if known) 21-18234
         First Name  Middle Name  Last Name

|  | Your expenses |
|---|---|
| 5. **Additional mortgage payments for your residence,** such as home equity loans | 5. $ 0.00 |
| 6. **Utilities:** | |
| 6a. Electricity, heat, natural gas | 6a. $ 120.00 |
| 6b. Water, sewer, garbage collection | 6b. $ 100.00 |
| 6c. Telephone, cell phone, Internet, satellite, and cable services | 6c. $ 75.00 |
| 6d. Other. Specify: Internet | 6d. $ 45.00 |
| 7. **Food and housekeeping supplies** | 7. $ 450.00 |
| 8. **Childcare and children's education costs** | 8. $ |
| 9. **Clothing, laundry, and dry cleaning** | 9. $ 40.00 |
| 10. **Personal care products and services** | 10. $ 30.00 |
| 11. **Medical and dental expenses** | 11. $ 75.00 |
| 12. **Transportation.** Include gas, maintenance, bus or train fare. Do not include car payments. | 12. $ 85.00 |
| 13. **Entertainment, clubs, recreation, newspapers, magazines, and books** | 13. $ |
| 14. **Charitable contributions and religious donations** | 14. $ 40.00 |
| 15. **Insurance.** Do not include insurance deducted from your pay or included in lines 4 or 20. | |
| 15a. Life insurance | 15a. $ 50.00 |
| 15b. Health insurance | 15b. $ |
| 15c. Vehicle insurance | 15c. $ 100.00 |
| 15d. Other insurance. Specify: | 15d. $ |
| 16. **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20. Specify: | 16. $ |
| 17. **Installment or lease payments:** | |
| 17a. Car payments for Vehicle 1 | 17a. $ |
| 17b. Car payments for Vehicle 2 | 17b. $ |
| 17c. Other. Specify: | 17c. $ |
| 17d. Other. Specify: | 17d. $ |
| 18. **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5,** *Schedule I, Your Income* **(Official Form 106I).** | 18. $ |
| 19. **Other payments you make to support others who do not live with you.** Specify: | 19. $ |
| 20. **Other real property expenses not included in lines 4 or 5 of this form or on** *Schedule I: Your Income.* | |
| 20a. Mortgages on other property | 20a. $ |
| 20b. Real estate taxes | 20b. $ |
| 20c. Property, homeowner's, or renter's insurance | 20c. $ |
| 20d. Maintenance, repair, and upkeep expenses | 20d. $ |
| 20e. Homeowner's association or condominium dues | 20e. $ |

Official Form 106J  Schedule J: Your Expenses  page 2

| Debtor 1 | Gerald | Thomas | Kennedy | Case number (if known) 21-18234 |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

21. Other. Specify: _____    21. +$ _____

22. **Calculate your monthly expenses.**

    22a. Add lines 4 through 21.    22a.  $ 2,537.44

    22b. Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2    22b.  $ 0.00

    22c. Add line 22a and 22b. The result is your monthly expenses.    22c.  $ 2,537.44

23. **Calculate your monthly net income.**

    23a. Copy line 12 (*your combined monthly income*) from *Schedule I*.    23a.  $ 3,314.70

    23b. Copy your monthly expenses from line 22c above.    23b.  –$ 2,537.44

    23c. Subtract your monthly expenses from your monthly income.
    The result is your *monthly net income*.    23c.  $ 777.26

24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**

    For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

    ☑ No.
    ☐ Yes.    Explain here:

Official Form 106J    Schedule J: Your Expenses    page 3

**Fill in this information to identify your case:**

Debtor 1: Gerald Thomas Kennedy

Debtor 2 (Spouse, if filing):

United States Bankruptcy Court for the: District of New Jersey

Case number: 21-18234 (If known)

☑ Check if this is an amended filing

## Official Form 106Sum
## Summary of Your Assets and Liabilities and Certain Statistical Information    12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new *Summary* and check the box at the top of this page.

### Part 1: Summarize Your Assets

Your assets
Value of what you own

1. *Schedule A/B: Property* (Official Form 106A/B)
   1a. Copy line 55, Total real estate, from *Schedule A/B* ............................................................................ $ 40,000.00

   1b. Copy line 62, Total personal property, from *Schedule A/B* ................................................................ $ 17,404.78

   1c. Copy line 63, Total of all property on *Schedule A/B* .......................................................................... $ 57,404.78

### Part 2: Summarize Your Liabilities

Your liabilities
Amount you owe

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D)
   2a. Copy the total you listed in Column A, *Amount of claim,* at the bottom of the last page of Part 1 of *Schedule D* ............ $ 132,839.72

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F)
   3a. Copy the total claims from Part 1 (priority unsecured claims) from line 6e of *Schedule E/F*....................... $ 0.00

   3b. Copy the total claims from Part 2 (nonpriority unsecured claims) from line 6j of *Schedule E/F* .................... + $ 26,262.75

   Your total liabilities    $ 159,102.47

### Part 3: Summarize Your Income and Expenses

4. *Schedule I: Your Income* (Official Form 106I)
   Copy your combined monthly income from line 12 of *Schedule I* ................................................................ $ 3,314.70

5. *Schedule J: Your Expenses* (Official Form 106J)
   Copy your monthly expenses from line 22c of *Schedule J* ..................................................................... $ 2,537.44

Official Form 106Sum    Summary of Your Assets and Liabilities and Certain Statistical Information    page 1 of 2

Debtor 1  Gerald Thomas Kennedy    Case number (if known) 21-18234

**Part 4: Answer These Questions for Administrative and Statistical Records**

6. Are you filing for bankruptcy under Chapters 7, 11, or 13?

   ☐ No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

   ☒ Yes

7. What kind of debt do you have?

   ☒ Your debts are primarily consumer debts. *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose." 11 U.S.C. § 101(8). Fill out lines 8-9g for statistical purposes. 28 U.S.C. § 159.

   ☐ Your debts are not primarily consumer debts. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

8. From the *Statement of Your Current Monthly Income*: Copy your total current monthly income from Official Form 122A-1 Line 11; OR, Form 122B Line 11; OR, Form 122C-1 Line 14.    $ 4,685.67

9. Copy the following special categories of claims from Part 4, line 6 of *Schedule E/F*:

   **Total claim**

   From Part 4 on *Schedule E/F*, copy the following:

   9a. Domestic support obligations (Copy line 6a.)    $ 0.00

   9b. Taxes and certain other debts you owe the government. (Copy line 6b.)    $ 0.00

   9c. Claims for death or personal injury while you were intoxicated. (Copy line 6c.)    $ 0.00

   9d. Student loans. (Copy line 6f.)    $ 0.00

   9e. Obligations arising out of a separation agreement or divorce that you did not report as priority claims. (Copy line 6g.)    $ 0.00

   9f. Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h.)    + $ 0.00

   9g. **Total.** Add lines 9a through 9f.    $ 0.00

Official Form 106Sum    Summary of Your Assets and Liabilities and Certain Statistical Information    page 2 of 2