UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Caption in Compliance with D.N.J. LBR 9004-2(c)

THOMAS J. ORR
321 HIGH STREET
BURLINGTON, NJ 08016
(609)386-8700
ATTORNEY FOR TRUSTEE

Order Filed on December 27, 2021
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

KENNEDY, GERALD THOMAS,

Debtor.

Case No. 21-18234

Judge: CMG

Chapter: 7

## CONSENT ORDER EXTENDING DEADLINES

The relief set forth on the following page is hereby **ORDERED**

**DATED: December 27, 2021**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

(Page 2)

Debtor: Kennedy, Gerald Thomas

Case No: 21-18234 (CMG)

Caption of Order: Consent Order Extending Deadlines

      The first meeting of creditors, having been scheduled, and the Debtor by and through its attorneys, having requested that the matter be adjourned, and the Trustee having agreed to adjourn the matter, Debtor, by and through counsel, agree that the deadline by the Trustee or United States Trustee for filing a Complaint objecting to discharge pursuant to 11 U.S.C. Section 727, or for the filing of a Complaint of non-dischargeability pursuant to 11 U.S.C. Section 523, or filing a motion seeking to dismiss the petition pursuant to 11 U.S.C. Sections 707(a) or 707(b), or for the filing of a motion objecting to exemptions, is extended to March 31, 2022.

_____

/s/Thomas J. Orr

Trustee

Dated: December 23, 2021

_____

/s/Douglas A. Cole

Attorney for Debtor

Dated: 12/21/21