UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:                                              Case No.:    21-18234

KENNEDY, GERALD THOMAS                              Chapter:     7

                                                    Judge:       CMG

---

### NOTICE OF PROPOSED ABANDONMENT

---

Thomas J. Orr, Chapter 7 Trustee in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

> Address of the Clerk:
>
> Clarkson S. Fisher US Courthouse
> 402 East State Street
> Trenton, NJ 08608

If an objection is filed, a hearing will be held before the Honorable Christine M. Gravelle on March 15, 2022 at 10:00 a.m. at the United States Bankruptcy Court, Courtroom no. 3. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

> Description and value of property: Real estate at 915 North Boulevard, Alpha, NJ 08865. The debtor purchased the home in 2015 for $144,000. The current value is placed at 180,000 based on an appraisal. Allowing for costs of sale, mortgage payoff and the debtor's exemption, there would not be funds available for a meaningful distribution to creditors.

> Liens on property:
>
> PNC Mortgage-$132,313.

> Amount of equity claimed as exempt:
>
> $25,150.

Objections must be served on, and requests for additional information directed to:

| | |
|---|---|
| Name: | /s/Thomas J. Orr, Trustee |
| Address: | 321 High Street, Burlington, NJ 08016 |
| Phone number: | (609)386-8700 |

*rev.8/1/15*

United States Bankruptcy Court
District of New Jersey

In re:  Case No. 21-18234-CMG
Gerald Thomas Kennedy  Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 2
Date Rcvd: Feb 14, 2022      Form ID: pdf905      Total Noticed: 13

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 16, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Gerald Thomas Kennedy, 915 North Boulevard, Alpha, NJ 08865-4247 |
| 519336239 | + | Home Depot, PO Box 70600, Philadelphia, PA 19176-0600 |
| 519336241 | + | PNC Bank, PO Box 1820, Columbus, OH 43086 |
| 519336242 | + | Raymour & Flanagan, PO Box 100114, Columbia, SC 29202-3114 |
| 519336243 | + | Riegel Federal Credit Union, PO Box 4521, Carol Stream, IL 60197-4521 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Feb 14 2022 23:04:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Feb 14 2022 23:04:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519336235 | + | Email/PDF: gecsedi@recoverycorp.com | Feb 14 2022 23:09:10 | Amazon, PO Box 960013, Orlando, FL 32896-0013 |
| 519336236 | + | Email/Text: BarclaysBankDelaware@tsico.com | Feb 14 2022 23:04:00 | Barclay's, PO Box 13337, Philadelphia, PA 19101-3337 |
| 519336237 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 14 2022 23:09:10 | Capitol One, PO Box 6492, Carol Stream, Il 60197-6492 |
| 519336238 | + | Email/Text: mrdiscen@discover.com | Feb 14 2022 23:04:00 | Discover, PO Box 71084, Charlotte, NC 28272-1084 |
| 519336240 | + | Email/Text: PBNCNotifications@peritusservices.com | Feb 14 2022 23:04:00 | Kohl's, PO Box 1456, Charlotte, NC 28201-1456 |
| 519337204 | + | Email/PDF: gecsedi@recoverycorp.com | Feb 14 2022 23:08:20 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 8

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**
NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 16, 2022    Signature:    /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 10, 2022 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Denise E. Carlon | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Douglas A. Cole | on behalf of Debtor Gerald Thomas Kennedy douglascoleesq@att.net |
| Thomas Orr | tom@torrlaw.com Torr@ecf.axosfs.com |
| Thomas Orr | on behalf of Trustee Thomas Orr tom@torrlaw.com Torr@ecf.axosfs.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 5