Form loccrtno – loccrtnov27

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
402 East State Street
Trenton, NJ 08608

                      Case No.:  21−18234−CMG
                      Chapter:  7
                      Judge:  Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Gerald Thomas Kennedy
   915 North Boulevard
   Alpha, NJ 08865

Social Security No.:
   xxx−xx−2987

Employer's Tax I.D. No.:

**CERTIFICATION OF NO OBJECTION**

    I  Pamela Fiero , Deputy Clerk hereby certify that there have been no objections filed relative to the Notice of Proposed Abandonment:

Description of Property (if applicable):

915 N. Blvd., Alpha, NJ 08865.


Dated: March 10, 2022
JAN: pbf

                                          Jeanne Naughton
                                          Clerk